UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:10-CV-179-WW

| | |
|---|---|
| DIRECTV, Inc., a California corporation, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| DAVA ROBBINS VILLAPIANO, ) | |
| Individually, and as officer, director, ) | |
| shareholder, and/or principal of Silver Dollar ) | **ORDER** |
| Company, Inc., d/b/a ) | |
| SILVER DOLLAR, a/k/a ) | |
| SILVER DOLLAR LOUNGE; and ) | |
| SILVER DOLLAR COMPANY, INC. ) | |
| d/b/a SILVER DOLLAR, a/k/a ) | |
| SILVER DOLLAR LOUNGE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This Cause comes before the Court upon a stipulation of dismissal filed by the parties. [DE-28]. The parties report they stipulate and agree to dismiss this action with prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. It is therefore ORDERED that this action is DISMISSED WITH PREJUDICE.

DONE AND ORDERED in Chambers at Raleigh, North Carolina on Wednesday, May 25, 2011.

WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE